No. 38961.—Protests 797071–G, etc., of Langfelder, Homma & Hayward, Inc. (Philadelphia).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel wooden lacquered cabinets similar to those the subject of Abstract 37636 were held dutiable at 33⅓ percent under paragraph 412, and tennis rackets similar to those involved in *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573) were held dutiable at 30 percent under paragraph 1502.

No. 38962.—Protests 937528–G, etc., of Dan Brechner & Co. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 48573) the tennis rackets in question were held dutiable at 30 percent under paragraph 1502 as claimed.

No. 38963.—Protest 945509–G of N. Minami & Co., Inc. (New York).

Opinion by SULLIVAN, J. The silver paper bells in question were held dutiable at 45 percent under paragraph 397 in accordance with stipulation of counsel.

No. 38964.—Protest 946857–G of Dan Brechner & Co. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of Abstract 31963 the rubber rats and mice in question were held dutiable at 25 percent under paragraph 1537 (b) as claimed.